## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KENNETH R. WEAVER**                                    **PLAINTIFF**
**ADC #554012**

**V.**                          **NO. 4:22-cv-00659-BRW-ERE**

**NEVADA COUNTY**
**DETENTION FACILITY,** *et al.*                    **DEFENDANTS**

## ORDER

On July 18, 2022, Plaintiff Kenneth R. Weaver, an inmate at the Nevada County Detention Facility, filed a complaint (*Doc. 2*) under 42 U.S.C. § 1983 alleging that County official improperly opened his legal mail. He sues the Nevada County Detention Facility, Jail Secretary Jeremy Hubbard, Lieutenant Karen Gorhmley, and Detention Office Kathy Hipp.

Mr. Weaver and all Defendants are located in Prescott, Arkansas, which is in the Western District of Arkansas. Venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Because the Eastern District has no connection to the parties or claims, venue is not proper in this district. Rather than dismiss the case for improper venue, the Court will transfer the case to the Western District, where venue is proper. See 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or

district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

Dated this 19th day of July, 2022.


_____
UNITED STATES MAGISTRATE JUDGE